Renee Choy Ohlendorf (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEVE MILLER,<br><br>            Plaintiff,<br><br>     vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>            Defendant. | Case No.<br><br>**DEFENDANT GC SERVICES, LP'S NOTICE OF REMOVAL**<br><br>Complaint Filed:  April 12, 2016 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C., sections 1441(a) and 1446, Defendant GC SERVICES LIMITED PARTNERSHIP, ("Defendant") hereby removes to this Court the state action currently pending in the Santa Clara County Superior Court of California, described more fully below:

1.     On April 12, 2016, a civil action was commenced in the Superior Court of the State of California, in and for the County of Santa Clara, entitled *Steve Miller v. GC Services, Limited Partnership*, and pending under Case No. 16CV293763.

2.     In light of the pendency in Santa Clara County, the United States District Court for the Northern District of California is the proper forum for removal pursuant to 28 U.S.C. §§84(a) and 1441(a).

3.      The Complaint asserts a federal cause of action against Defendant for purported

1  violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*., and may be removed to
2  this Court pursuant to 28 U.S.C. §1446(b) because it invokes federal question jurisdiction.  This
3  Court may exercise supplemental jurisdiction over the remaining claim for purported violation of the
4  Rosenthal Fair Debt Collection Practices Act, *California Civil Code* §1788, *et seq*., pursuant to 28
5  U.S.C. §§1367(a) and 1441(c).

6      4.    On April 27, 2016, Defendant was served with a copy of the Summons, Complaint,
7  Civil Case Cover Sheet, Civil Lawsuit Notice (Attachment CV-5012), and Alternative Dispute
8  Resolution Information Sheet, true and correct copies of which are collectively attached hereto as
9  **Exhibit A** and incorporated herein by this reference.  The aforementioned documents constitute true
10 and correct copies of all process, pleadings and orders served upon Defendant.

11     5.    This Notice was filed with the Clerk of the United States District Court within thirty
12 (30) days after service of the Complaint was effectuated upon Defendant.  It is therefore timely
13 under 28 U.S.C. §1446(b).

Dated:  May 26, 2016                      HINSHAW & CULBERTSON LLP

                                                                           By:  /s/ *Renee Choy Ohlendorf*
                                                                            Renee Choy Ohlendorf
                                                                            Attorneys for Defendant GC SERVICES
                                                                            LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

**STEVE MILLER v. GC SERVICES LIMITED PARTNERSHIP**
CaseNumber

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On May 26, 2016, I served the document(s) entitled **Notice of Removal**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**Counsel for Plaintiff – Steve Miller**
Todd M. Friedman
Adrian R. Bacon
Meghan E. George
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, #725
Beverly Hills, CA 90212
Tel: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com; abacon@toddflaw.com, mgeorge@toddflaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on May 26, 2016, at San Francisco, California.

/s/ *Nancy M. Fox*
Nancy M. Fox